BEFORE THE FIRST DIVISION, NOVEMBER 4, 1968

**No. P68/465.**—Organon, Inc. *v.* United States, protests 60/20321, etc. (New York).

**No. P68/466.**—Organon, Inc. *v.* United States, protests 64/16108, etc. (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of adreno-corticotrophic hormones (ACTH) the same in all material respects as those the subject of *Organon, Inc.* v. *United States* (59 Cust. Ct. 363, C.D. 3170), the claim of the plaintiff was sustained.

**No. P68/467.**—Morris Friedman *v.* United States, protests 313448–K, etc. (Philadelphia).

**No. P68/468.**—Morris Friedman *v.* United States, protests 316993–K, etc. (Philadelphia).

**No. P68/469.**—Morris Friedman *v.* United States, protests 321762–K, etc. (Philadelphia).

**No. P68/470.**—Camden Basket Co. et al. *v.* United States, protests 59/27136, etc. (Philadelphia).

**No. P68/471.**—Morris Friedman & Co. et al. *v.* United States, protests 64/8027, etc. (Philadelphia).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bulrush, corn husk, or maize baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558) and *Morris Friedman* v. *United States* (58 Cust. Ct. 456, C.D. 3019), the claim of the plaintiffs was sustained.

**No. P68/472.**—Fred Bronner Corp. *v.* United States, protests 65/7537, etc. (New York).

**No. P68/473.**—Fred Bronner Corp. *v.* United States, protests 66/7925, etc. (New York).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of "Models of Yesteryear" miniature vehicles similar in all material respects to those the subject of *Fred Bronner Corp.* v. *United States* (57 Cust. Ct. 428, C.D. 2832), the claim of the plaintiff was sustained.